IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

        Plaintiff,                    No. CIV S-03-0474 LKK GGH P

   vs.

CA. DEPT. OF CORRECTIONS, et al.,

        Defendant.                 ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 3, 2004, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed December 3, 2004, are adopted in full; and

2. Plaintiff's claims for money damages against defendants Alameida and Carey in their individual capacity are dismissed;

3. The unserved defendants, Cervantes, King, Rianda, Newland, Garibay, Du Cray, and Terhune, are dismissed from this action with respect to plaintiff's claims against them, each in his or her individual capacity, for money damages, as well as each in his or her official capacity, for plaintiff's claims for prospective injunctive relief;

4. The name of CDC Director Jeanne S. Woodford is substituted in, in her official capacity only, for that of former CDC Director Alameida as defendant;

5. This action shall proceed solely against defendants Woodford and Carey, and solely in their official capacities, for prospective injunctive relief only;

6. Defendants Woodford and Carey are directed to file their answer within twenty (20) days of the filed date of this order.

DATED:   May 24, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/asha0474.801