IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI

       Plaintiff,                      CIV-S-03-0474 LKK GGH P

vs.

CA. DEPT. OF CORRECTIONS, et al.,

       Defendants.                <u>ORDER</u>

_____/

        On June 16, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 10, 2005, striking the plaintiff's April 15, 2005 third amended complaint. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 10, 2005, is affirmed.

DATED: July 22, 2005.

                                      /s/Lawrence K. Karlton
                                      UNITED STATES DISTRICT JUDGE

/asha0474.850