BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5810
  Fax:  (916) 324-5205

Attorneys for Defendants Carey and Woodford
SF2003200462

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ASKIA ASHANTI,** | CASE NO. CIV S-03-0474 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **CALIFORNIA DEPT. OF CORRECTIONS, et al.,** | |
| Defendants. | |

   The request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and good cause appearing,

   IT IS HEREBY ORDERED that Defendants are granted a 30 day extension of time to respond to Plaintiff's discovery requests, to take effect from the date this order is filed.

DATED: 9/13/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

asha0474.po.wpd

[Proposed] Order Granting Defendants' First  Request For An Extension Of Time To Respond To Plaintiff's Discovery Requests
1