IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ASKIA ASHANTI,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO. CIV S-03-0474 LKK GGH P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

　　Defendants' second request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and good cause appearing,

　　IT IS HEREBY ORDERED that Defendants are granted a 30 day extension of time to respond to Plaintiff's discovery requests, to take effect from the date this order is filed.  There will be no further extension of time.

DATED: 10/20/05

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

asha0474.po2

[Proposed] Order Granting Defendant Beer's Second  Request For An Extension Of Time To Respond To Plaintiff's Discovery Requests

1