IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASKIA ASHANTI,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS, et al.,**<br><br>　　　　　　　　Defendants. | CASE NO. CIV S-03-0474 LKK GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION TO COMPEL** |

　　The request for an extension of time to respond to Plaintiff's motion to compel was considered by this Court, and good cause appearing,

　　IT IS HEREBY ORDERED that Defendants are granted a 15 (fifteen) day extension of time to respond to Plaintiff's motion to compel, to take effect from the date this order is filed.

DATED: 1/6/06 **

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　_____
** No further extensions.　　　　　　　UNITED STATES MAGISTRATE JUDGE

asha0474.po3