BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205

Attorneys for Defendants Carey and Hickman
SF2003200462

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASKIA ASHANTI,** | 2:03-cv-0474 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPT. OF CORRECTIONS, et al.,** | |
| Defendants. | |

    Defendants' request to file and serve a motion for summary judgment in excess of time and motion for an extension of time was considered by this Court, and good cause appearing.

    **IT IS HEREBY ORDERED** that Defendants have until March 14, 2006, to file and serve a motion for summary judgment.

DATED: 3/1/06                              /s/ Gregory G. Hollows
                                                  UNITED STATES MAGISTRATE JUDGE

asha0474.po4.wpd

[Proposed] Order

1