BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205

Attorneys for Defendants Carey and Woodford
SF2003200462

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASKIA ASHANTI,**<br><br>         Plaintiff,<br><br>  v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS, et al.,**<br><br>         Defendants. | 2:03-cv-0474 LKK GGH P<br><br>**ORDER** |

  The court finds there is good cause to grant Defendants' request for an extension of time to oppose Plaintiff's cross motion for summary judgment.

  Accordingly, Defendants are granted a period of one week, to and including April 24, 2006, to file and serve a response.

  **IT IS SO ORDERED.**

Dated: 4/20/06                /s/ Gregory G. Hollows
                              _____
                          UNITED STATES MAGISTRATE JUDGE

asha0474.po5