BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205

Attorneys for Defendants Carey and Woodford
SF2003200462

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASKIA ASHANTI,** | 2:03-cv-0474 LKK GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPT. OF CORRECTIONS, et al.,** | |
| Defendants. | |

    The court finds there is good cause to grant Defendants' second request for an extension of time to oppose Plaintiff's cross motion for summary judgment.

    Accordingly, Defendants are granted a period of three weeks, to and including May 15, 2006, to file and serve a response.

    **IT IS SO ORDERED.**

Dated: 5/3/06           /s/ Gregory G. Hollows

                           UNITED STATES MAGISTRATE JUDGE

asha0474.po6