1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  MEGAN R. O'CARROLL, State Bar No. 215479
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5288
8   Fax:  (916) 324-5205

9  Attorneys for Defendants Carey and Woodford
   SF2003200462
10

11           IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  **ASKIA ASHANTI,**                          2:03-cv-0474 LKK GGH P

15                          Plaintiff,      **ORDER**

16       v.

17  **CA. DEPT. OF CORRECTIONS, et al.,**

18                          Defendants.

19          The Court has considered Defendants' motion to vacate the pretrial and trial dates

20  pending a decision on their motion for summary judgment, which was filed on March 14, 2006,

21  and good cause showing, the deadlines for filing of the parties' pretrial statements, the pretrial

22  conference, scheduled for May 26, 2006, and the trial date, scheduled to begin August 29, 2006,

23  are vacated.  These dates shall be rescheduled, if need be, after a decision is rendered on Defendants'

24  motion for summary judgment.

25           **IT IS SO ORDERED.**

26  Dated: 5/26/06              /s/ Gregory G. Hollows
                          _____
27                          MAGISTRATE JUDGE

28  asha0474.po7

                          [Proposed] Order
                                1